UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHANCE SIMS AND NOVELLA COLEMAN,

Plaintiffs,

v.

LAKESIDE SCHOOL,

Defendant.

CASE NO. C06-1412RSM

ORDER GRANTING DEFENDANT'S MOTION TO COMPEL DISCOVERY

This matter comes before the Court on defendant's Motion to Compel Discovery. (Dkt. #48). Defendant asks the Court to compel the production of email messages from plaintiffs' non-Lakeside email accounts as requested in defendant's Requests for Production Nos. 4 and 8. Plaintiffs respond that they have agreed to produce these documents, but defendant has failed to comply with the good faith requirement of Local Rule CR 37(a)(2). (Dkt. #57).

Having reviewed defendant's motion, plaintiffs' response, defendant's reply, and the remainder of the record, the Court hereby finds and ORDERS:

(1) Defendant's Motion to Compel (Dkt. #48) is GRANTED. Having reviewed the documents submitted in support and opposition of defendant's motion, the Court believes that there has been a good faith effort to meet and confer prior to bringing this motion, and that plaintiffs do not appear to have produced all responsive documents as required. Accordingly, plaintiffs are directed to produce all email

ORDER - 1

responsive to defendant's discovery requests, <u>no later than fourteen (14) days from the date of this Order</u>.

(2) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this  19  day of June, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER - 2