UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANCE SIMS and NOVELLA COLEMAN,<br><br>           Plaintiffs,<br><br>     v.<br><br>LAKESIDE SCHOOL,<br><br>           Defendant. | CASE NO. C06-1412RSM<br><br>ORDER GRANTING DEFENDANT LAKESIDE'S MOTION TO SEAL |

      This matter comes before the Court on defendant's Motion to Seal the Declaration of "Parent A" in Support of Lakeside's Motion for Partial Summary Judgment on Claims of Plaintiff Novella Coleman. (Dkt. #211). Defendant argues that the identity of a non-party minor child would be identifiable through the declaration of "Parent A." Therefore defendant requests that the declaration and exhibits attached thereto be sealed.

      Having considered defendant's motion, and the remainder of the record, the Court hereby finds and ORDERS:

      (1) Defendant's Motion to Seal (Dkt. #211) is GRANTED. The Court finds that defendant has adequately justified sealing "Parent A's" declaration and the exhibits attached thereto, overcoming the strong presumption in favor of public access. *See* CR 5(g)(2). The

ORDER
PAGE - 1

Court agrees with defendant that any reader with knowledge regarding Lakeside School could deduce the minor child's identity unless the documents at issue are sealed. Accordingly, the declaration of "Parent A" and the exhibits attached thereto (Dkt. #213) shall REMAIN SEALED.

(2) The Court shall also *sua sponte* seal plaintiffs' response to defendant's Motion for Protective Order. (Dkt. #215). Plaintiffs are DIRECTED to file a redacted copy of their response. Specifically, lines nine through twelve on page seven of their response that discusses the declaration of "Parent A" shall be redacted. Failure to follow this Court's Order will result in sanctions.

(3) The sealing of these documents do not have any effect on defendant's original Motion for Protective Order. The Court will make a ruling on that motion once it is fully briefed and ripe for review on November 6, 2007.

(4) The Clerk shall forward a copy of this Order to all counsel of record.

DATED this 2nd day of November, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER
PAGE - 2