THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHANCE SIMS AND NOVELLA COLEMAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>LAKESIDE SCHOOL,<br><br>    Defendant. | No. 06-1412 RSM<br><br>STIPULATED ORDER OF DISMISSAL |

## **STIPULATION**

The parties hereby stipulate through counsel that the above-captioned action may be dismissed with prejudice and without costs or attorneys' fees to either party, and that judgment of dismissal may be entered accordingly.

STIPULATED ORDER OF DISMISSAL -1

36201-0006/LEGAL14623569.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

DATED: September 22, 2008

By: /s/ Linda D. Walton, WSBA No. 20604
Linda D. Walton, WSBA No. 20604
LWalton@perkinscoie.com
Chelsea Dwyer Petersen, WSBA No. 33787
CPetersen@perkinscoie.com
Perkins Coie, LLP
1201 Third Ave., Ste. 4800
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Attorneys for Defendant Lakeside School

DATED: September 22, 2008

By: /s/ Virginia De Costa, WSBA No. 19188
Virginia De Costa, WSBA No. 19188
vld-decostalaw@qwest.net
DeCosta Law Firm
The Yunker Manor
519 South G Street
Tacoma, WA 98405
Telephone: (253) 761-3093
Facsimile: (253) 761-3097
Attorney for Plaintiffs
Chance Sims and Novella Coleman

DATED: September 22, 2008

By: /s/ C. Steven Fury, WSBA No. 8896
C. Steven Fury, WSBA No. 8896
steve@furybailey.com
Fury Bailey
710 Tenth Avenue East
Seattle, WA 98102
Telephone: (206) 726-6600
Facsimile: (206) 726-0288
Attorney for Plaintiffs
Chance Sims and Novella Coleman

## **ORDER**

Based on the foregoing stipulation, **IT IS HEREBY ORDERED** that all claims in the above-entitled action are hereby **DISMISSED WITH PREJUDICE** and without fees or costs to any party.

DATED: September 30, 2008.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED ORDER OF DISMISSAL – 2

36201-0006/LEGAL14623569.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000